RICHARD J. HAMILTON, plaintiff in error, *v.* ABNER B. BLAIR, defendant in error.

*Error to the Municipal Court of the City of Chicago.*

JAMES GRANT, for the plaintiff in error.

N. B. JUDD, for the defendant in error.

LOCKWOOD, Justice, delivered the opinion of the Court :
This case was submitted upon the points made in the case of Beaubien *v* Brinckerhoff. (1)
We decided in that case, that the Municipal Court had jurisdiction. The judgment is consequently affirmed, with costs.
*Judgment affirmed.*

————

MEDARD B. BEAUBIEN, JOHN K. BOYER, and JOHN B. BEAUBIEN, impleaded, &c., plaintiffs in error, *v.* OBADIAH HOLMES, JOHN LOWRY, and JUSTIN BUTTERFIELD, defendants in error.

*Error to the Municipal Court of the City of Chicago.*

FR. PEYTON, for the plaintiffs in error.

J. BUTTERFIELD, for the defendants in error.

LOCKWOOD, Justice, delivered the opinion of the Court :
The only question raised in this case, is as to the jurisdiction of the Municipal Court of the city of Chicago. This Court having at this term, in the case of Beaubien *v.* Brinkerhoff, (2) determined a similar question, it is unnecessary to state the facts.
Upon the authority of that case, the judgment below is affirmed with costs.
*Judgment affirmed.*

(1) *Ante.* 269.     (2) *Ibid.*